FILED

OCT 2 5 2017

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _WESTERN_ DISTRICT OF TEXAS
### _WACO_ DIVISION

_Michael Anthony Cardiel #151826 TDCJ#1704593_
Plaintiff's Name and ID Number

_Bell County Jail_
Place of Confinement

W17CA292

CASE NO._____
(Clerk will assign the number)

v.

_Bell County Sheriff's Department, 104 Main St._
_Belton, TX 76513_
Defendant's Name and Address

_Bell County, Texas, Address Unknown_
Defendant's Name and Address

_Correct Care Solutions, Address Unknown_
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original ~~and one copy~~ of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

        Plaintiff(s)_____

        Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II.     PLACE OF PRESENT CONFINEMENT: _Bell County Jail_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        _✓_YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
_Nobody Will Respond Back At All_

IV.     PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Bell County Sheriff Department, 104 Main St._
_Belton, Tx 76513 / Bell County, Texas Address Unknown/_
_Correct Care Solutions_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Eddie Lange, Bell County Sheriff, Bell County Sheriff's_
_Department 104 Main St. • Belton, Tx 76513 — See Attached_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_As Sheriff He Is Responsible For All Employed Persons At Bell County Jail_
_And Their Training On Response To Assaults To Inmates_

Defendant #2: _County Of Bell, Texas And/Or Bell County, Texas_
_Address Unknown. — See Attached_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_The County Is Responsible For The Actions Of The Sheriff And The_
_Deputies And Whom Ever Else The Sheriff Department Hires And Trains_

Defendant #3: _Correct Care Solutions, Address Unknown_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Denied Plaintiff Adequate Medical Care After Assault._

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

ATTACHMENT

DEFENDANT #1: PLAINTIFF WAS ASSAULTED AND DEFENDANTS DEPUTIES, SERGENTS, LEIUTENITS, CAPTAIN. FAILED TO RENDER AID AND PROTECT PLAINTIFF FROM ASSAULT. ALL WERE ACTING UNDER COLOR OF LAW, AND AS AGENTS, SERVANTS, AND EMPLOYEES OF BELL COUNTY SHERIFF

DEFENDANT #2: PLAINTIFFS ALLEGE THAT DEFENDANTS SHERIFF AND DEPUTIES AND ALL OTHER STAFF EMPLOYEES ACTIONS RESULTED FROM THEIR TRAINING BY AND THE POLICIES THAT BELL COUNTY, TEXAS, CALLS FOR, MAKING BELL COUNTY, TEXAS LIABLE. FOR ITS AGENTS, SERVANTS, EMPLOYEES ACTING UNDER COLOR OF LAW FOR BELL COUNTY, TEXAS

DEFENDANT #3: REFUSED TO SEND PLAINTIFF FOR MEDICAL CARE UNTIL MONTHS LATER. LEAVING PLAINTIFF WITH PAIN AND LOSS OF FULL USAGE OF LEFT ARM AND MEDICAL BILLS.

* DEFENDANT #1: HAS REFUSED TO BRING ASSAILANT(S) TO CHARGES FOR ASSAULT. CRIMINAL INVESTIGATIONS DIVISION CLOSED THE CASE AS DID THE LEIUTENIT AND CAPTAIN. ACTING UNDER COLOR OF LAW, AND AS AGENTS, SERVANTS

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

ON OR ABOUT DECEMBER 8, 2016 IN BELL COUNTY JAIL DORM C1A1 I WAS ASSAULTED BY OTHER INMATE(S) FOR MY COMMISSARY BELONGINGS AND WHAT I BELIEVE RACIAL THINGS. I WAS LIFTED AND DROPPED ON THE SINK MY HEAD AND LEFT SHOULDER AND ARM WERE INJURED I WAS KNOCKED UNCONSCIOUS. AFTER BEING AWAKENED BY THE OTHER GUY WHO HAD BEEN ASSAULTED I REALIZED I COULD NOT MOVE MY LEFT ARM. NO GUARDS CAME TO STOP EVEN THOUGH THERE ARE CAMERAS, NO MEDICAL WAS SOUGHT FOR ME BEING AN INMATE I'M SUPPOSED TO BE PROTECTED AND DEFENDANTS FAILED SEVERELY UNDER COLOR OF LAW.

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

BRING DEFENDANTS TO PAY FOR MEDICAL, PAIN AND SUFFERING, AND PSYCHOLOGICAL DAMAGE, RECOVER ANY ATTORNEY FEES AND COST FOR COURT ALSO.

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

MICHAEL ANTHONY CARDIEL, MIKE CARDIEL

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

BELL COUNTY ID # 151826, TDCJ # 1704593

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES __✓__NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?            ____YES ____NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed?         _____ YES  ✓ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division):_____

   2.  Case number:_____

   3.  Approximate date warning was issued:_____

Executed on: _10-23-17_        _MICHAEL ANTHONY CARDIEL_
             DATE                      (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

   1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
   2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
   3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
   4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
   5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___17___ day of _OCTOBER_____, 20 _17_ .
            (Day)              (month)          (year)

                              _MICHAEL ANTHONY CARDIEL_
                                   (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

CLERK,
        CAN YOU PLEASE LET ME KNOW IF I HAVE
DONE ANYTHING WRONG OR MISSED ANYTHING.
AND IF POSSIBLE IS THERE ANY POSSIBLE WAY
YOU CAN SEND BACK DATE STAMPED COPIES FOR
MY RECORDS. THANK YOU IN ADVANCE FOR
YOUR ATTENTION TO THIS REQUEST.

                                    RESPECTFULLY

                                    MICHAEL CARDIEL
                                    C2-C14 BELL COUNTY JAIL
                                    113 W. CENTRAL AVE
                                    BELTON, TX 76513

Case 6:17-cv-00292-RP    Document 1    Filed 10/25/17    Page 8 of 8

**Bell County Law Enforcement Center**
**113 West Central**
**Belton, Texas 76513**
**Name** _MICHAEL CARDIEL_
**Housing Unit** _C2-C14_

LEGAL MAIL

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
800 FRANKLIN AVE
RM 380
WACO, TX 76701

76701$1934 C096

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.88⁰
MAILED FROM ZIP CODE 76513